# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

RIGOBERTO GUTIERREZ;
LAZARO CORREA;
AND NORMA CASILLAS

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:16-mj-15-MPB-01/03

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Beginning in approximately August, 2015 and continuing up through March 8, 2016, in the Southern District of Indiana, RIGOBERTO GUTIERREZ, LAZARO CORREA AND NORMA CASILLAS, and others, did knowingly conspire with diverse other persons to possess with the intent to distribute and to distribute 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II Non-Narcotic Controlled Substance

in violation of Title 21, United States Code, Sections 841(a)(1) and 846. I further state that I am a Task Force Officer, and that this complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof.

_____
Robert Hornbrook, Task Force Officer, DEA

Sworn to before me, and subscribed in my presence

March 9, 2016                           at   Evansville, Indiana
Date

Matthew P. Brookman, Magistrate Judge
Name and Title of Judicial Officer            Signature of Judicial Officer

AFFIDAVIT
of
ROBERT P. HORNBROOK
TASK FORCE OFFICER
UNITED STATES DRUG ENFORCEMENT ADMINISTRATION

Your affiant, Robert P. Hornbrook, being first dully sworn, does herby depose and state that:

1. I am an "investigative or law enforcement officer" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an Officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

2. I am a Sergeant/Detective employed by the Indiana State Police Department. I have been employed by the Indiana State Police Department since 1995. I am currently assigned to the Evansville Drug Enforcement Administration Task Force (EDEATF) as a sworn task force officer, and have been so assigned since 2004. The EDEATF is a multi-agency task force that investigates major narcotics trafficking organizations. The EDEATF is comprised of Special Agents and/or Officers from the Drug Enforcement Administration (DEA), Evansville Police Department, Vanderburgh County Sheriff's Department, Indiana State Police, and Daviess County, Indiana Sheriff's Department, Vincennes Police Department, and the Indiana National Guard. As a detective with the Indiana State Police assigned to the EDEATF, I have investigated illicit controlled substance trafficking in southern Indiana. I have had formal training and experience in controlled substance investigations, and I am familiar with the manner in which controlled substances are packaged, marketed, and consumed. I have received training in the identification of all types of controlled substances by sight and odor. In

the course of my employment, I have become familiar with the ordinary meaning of controlled substance slang and jargon, I am familiar with the manners, and techniques of traffickers in controlled substances as practiced locally and elsewhere. I have also participated in several aspects of drug and money laundering investigations including wire and electronic surveillance, debriefing defendants, informants and witnesses; conducting surveillance; assisting in court ordered interceptions, and in executing search warrants. I have been involved in excess of a hundred arrests for drug possession and/or dealing controlled substance violations.

3. I am familiar with the methods of operation used by drug traffickers, including the distribution, storage, and transportation of drugs; and the collection, storage, transportation and concealment of drug proceeds. Further, I am aware that drug traffickers often communicate with their associates using telephones, cellular telephones and pagers. I am also aware that drug traffickers often change telephones, cellular telephones and pagers as a means to evade detection by law enforcement. This affidavit is submitted in support of an application for a complaint and warrant for the arrest(s) of Lazaro Correa, Norma "Jesse" Casillas and Rigoberto "Rigo" Gutierrez. The information contained in this affidavit is either known personally to me or has been told to me by individuals involved in the investigation.

4. In cooperation with other law enforcement officers, I have been assisting with an investigation relative to the trafficking of methamphetamine, a Schedule II Narcotic Controlled Substance by Norma "Jesse" Casillas, Lazaro Correa and Rigoberto Gutierrez in the Vanderburgh County, Indiana area.

5. On March 2, 2016, the Honorable Richard L. Young, Chief Judge, U.S. District Court, Southern District of Indiana signed a search warrant authorizing the search of Norma "Jesse" Casillas' residence located at 10 E. Olmstead Avenue, Indiana, Indiana. The search of Casillas's residence was authorized following an investigation by the Drug Enforcement Administration's Evansville Post of Duty (EPOD), of Casillas and others involved with the distribution of in excess of 500 grams of a mixture or substance containing a detectable amount of methamphetamine.

6. On March 8, 2016, at approximately 9:40 p.m. (CST), The DEA Evansville Post of Duty along with state and local law enforcement executed the search warrant on Casillas' residence. Casillas was present after being detained at Tropicana Casino without incident. Officers subsequently conducted a systematic search of Casillas' residence.

7. Law enforcement officers, in Casillas' bedroom, located a locked fire safe inside the closet. Casillas provided the combination of the safe to DEA Task Force Officer Dennis Holt. TFO Holt opened the safe and seized in excess one (1) pound of crystal methamphetamine, approximately $14,000.00 in United States Currency and a loaded firearm. In the nightstand in Casillas' bedroom, TFO Holt recovered a set of digital scales and hand written notes that appeared to be a drug ledger. Your Affiant recovered in excess of $6,000 United States Currency inside Casillas' purse and on Casillas' person.

8. On March 8, 2016, at approximately 9:30 p.m., agents and officers from the U.S. Drug Enforcement Administration Evansville Post of Duty (EPOD), in conjunction with an ongoing investigation involving the distribution of

methamphetamine by Correa and others, were conducting surveillance of Lazaro Correa's apartment complex located at 1407 Howard Street, Evansville, Indiana. Correa was observed departing in a 2006 Infiniti SUV, a vehicle known to be utilized by Correa. Correa was subsequently stopped by a marked police cruiser and detained. DEA TFO Cliff Simpson advised Correa of his Constitutional rights. Correa waived his rights verbally and agreed to answer questions and cooperate with the investigation. Correa signed a consent form authorizing officers to conduct a search of Correa's apartment located at 1407 Howard Street, Apartment G-39, Evansville, Indiana.

9. At approximately 9:55 p.m. (CST), The DEA EPOD along with state and local law enforcement executed the consensual search of Correa's residence. Correa was present during the search. Officers subsequently conducted a systematic search of Correa's residence.

10. DEA Task Force Officer Chris Goergen located a 40 pound bag of rice inside the living room closet. Concealed inside the bag of rice was a clear bag containing approximately 895 grams of crystal methamphetamine and approximately $5,000 United State Currency. Evansville Police Detective Brock Hensley located approximately $4,300.00 United States Currency inside the closet on the opposite side of the living room. Law enforcement also located a seized a set of digital scales.

11. On March 9, 2016, at 1:30 a.m., your Affiant interviewed Correa. DEA S/A Kevin Ruffner read Correa his Constitutional rights from a Spanish version of an Advice of Rights Form. Correa waived his rights verbally and in writing as witnessed by your Affiant and S/A Ruffner.

12.     Correa stated he had known Norma Casillas for approximately two years. Since November 2015, Correa had been supplying Casillas with one to two pound quantities of methamphetamine on consignment every two to three weeks. Correa stated he obtained the methamphetamine from a Hispanic male from Alabama that Correa knew only as "Primo." Primo has been identified by law enforcement as Rigoberto Gutierrez from his Facebook profile page. Correa was shown a picture of Gutierrez's Facebook profile page and Correa confirmed it was the same individual Correa knew as "Primo." Correa stated he contacted Gutierrez over Gutierrez's cellular telephone. Correa stated he had the number saved in Correa's cellular telephone. Correa unlocked his cellular telephone and displayed the contact in his phone known as Primo (Gutierrez) with the number 256-516-2028, as witnessed by your affiant. Correa obtained the methamphetamine on consignment from Gutierrez. Gutierrez transported the methamphetamine from Alabama to Indiana for Correa. Correa would then provide the methamphetamine on consignment to Casillas. Correa would return money from the sale of the methamphetamine by Casillas to Gutierrez. Correa stated he paid Gutierrez $13,000 per pound of methamphetamine. Correa charged Casillas $14,400 per pound for the methamphetamine. Gutierrez would then return to Indiana to collect the proceeds from the sale of the methamphetamine.

13.     Your affiant was able to corroborate much of the information that Correa had given to law enforcement. Based upon surveillance and the investigation, your affiant knew that Correa and Casillas often spoke on their respective cellular telephones and met approximately once a week to either exchange methamphetamine or U.S. Currency derived from the sale of methamphetamine. Your affiant also confirmed the

number Correa had given for Gutierrez 256-516-2028, was the same number listed on Gutierrez's Facebook personal contact page.

14. On March 4, 2016, law enforcement observed Rigoberto and Alemaida Gutierrez on the second level of the Tropicana Casino parking garage. This observation was confirmed with the photo of "Rigo" Gutierrez's Facebook profile page. The Gutierrez's had just exited a 2015 Chrysler sedan, white in color, bearing Alabama Registration 7043AP9, registered to Alemaida Mondragon Gutierrez, 908 Godfrey Avenue NE, Fort Payne, Alabama. Gutierrez was further observed texting on his cellular phone to Correa (which Correa confirmed). The Gutierrez's were observed leaving the casino. Surveillance of the Gutierrez's vehicle was terminated near Robards, Kentucky as they continued south on the Pennyrile Parkway. The route of travel was consistent with the route of travel to return to Fort Payne, Alabama.

Robert P. Hornbrook
Task Force Officer
Drug Enforcement Administration
Evansville, Indiana

Subscribed and sworn to before this 9th day of March, 2016.

Matthew Brookman, Magistrate Judge
United States District Court
Southern District of Indiana
Evansville, Indiana